**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

   Plaintiff,

v.              No. 2:21-cv-71 SMV/KRS

$426,590 in UNITED STATES CURRENCY, et al.,

   Defendants-in-rem

  and

MAYKEEL S. GEORGES,

   Claimant.

**ORDER ADOPTING JOINT STATUS REPORT AND**
**PROVISIONAL DISCOVERY PLAN WITH MODIFICATIONS**

   At the Rule 16 scheduling conference held on October 5, 2021, the Court reviewed the

parties' Joint Status Report and Provisional Discovery Plan, and adopted it as modified by the

dates provided in the Court's Scheduling Order, filed concurrently with this Order.

   **IT IS SO ORDERED**.


              _____
              KEVIN R. SWEAZEA
              UNITED STATES MAGISTRATE JUDGE