# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                                                                                              No. 21-cv-0071 SMV/KRS

**$426,590.00 in UNITED STATES CURRENCY,**

    Defendants-in-rem,

and

**MAYKEEL S. GEORGES,**

    Claimant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time:**      March 28, 2022, at 9:30 a.m. MDT

    **Matter to be heard:**  Status conference to set trial

    **IT IS ORDERED** that a telephonic status conference is set for **March 28, 2022, at 9:30 a.m. MDT**. Counsel shall be prepared to discuss the status of the case, as well as the scheduling and location of the trial and significant pretrial hearings. Counsel are encouraged to confer with each other *prior* to the hearing regarding their schedules and preferences for a trial setting. Counsel are reminded to have their calendars available for the hearing.

    Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**