## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                                                                          **No. 21-cv-0071 SMV/KRS**

**$426,590.00 in UNITED STATES CURRENCY,**
**and $10,000.00 in UNITED STATES CURRENCY,**

     **Defendants,**

**and**

**MAYKEEL S. GEORGES,[1]**

     **Claimant.**

## **PARTIAL DEFAULT JUDGMENT AND ORDER OF FORFEITURE**

This matter having come before the court on the United States of America's Motion for Partial Default Judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, the Court having reviewed the motion and other material matters on file and being fully advised in the premises, **FINDS**:

     1.     The statements contained in the Request for Clerk's Entry of Partial Default ("Praecipe") [Doc. 59], the Clerk's Entry of Partial Default [Doc. 60], and the Motion for Partial Default Judgment [Doc. 65] are true.

     2.     This Court has jurisdiction over the parties to and the subject matter of this action and power to enter this Partial Default Judgment.

---

1 Claimant Maykeel S. Georges asserts a claim only to the $426,590 in United States currency and not the $10,000. [Doc. 5].

**IT IS THEREFORE ORDERED** that Default Judgment is entered in favor of the United States as to Defendant $10,000.00 in U.S. Currency.

**IT IS FURTHER ORDERED** that all right, title, and interest in the Defendant $10,000.00 in U.S. Currency is forfeited to the United States and title thereto is vested in the United States.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**