UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.          **Civ. No. 2:21-cv-71 SMV/KRS**

$426,590.00 IN UNITED STATES CURRENCY,

    AND

$10,000.00 IN UNITED STATES CURRENCY,

    *Defendants-in-rem,*

    AND

MAYKEEL S. GEORGES,

    *Claimant.*

## CERTIFICATE OF REASONABLE CAUSE

This matter, having come before the Court on Plaintiff's "Unopposed Motion for Entry of a 28 U.S.C. § 2465 Certificate of Reasonable Cause," the Court having read the settlement and being advised that the parties consent to entry of a certificate of reasonable cause, and the Court being otherwise fully advised in the premises, finds that reasonable cause existed for the seizure in this case.

It is therefore **ORDERED** that this Certificate of Reasonable Cause be entered.

_____
THE HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| *(signature)* | *(signature)* |
| SARAH M. DAVENPORT | C.J. McELHINNEY |
| Assistant United States Attorney | Attorney for Claimant |
| 200 North Church Street | 1140 E. Idaho Ave |
| Las Cruces, NM 88001 | Las Cruces, NM 88001 |
| (575) 522-2304 | (575) 288-1989 |