UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                                             **Civ. No. 2:21-cv-71 SMV/KRS**

$426,590.00 IN UNITED STATES CURRENCY,

    AND

$10,000.00 IN UNITED STATES CURRENCY,

    *Defendants-in-rem,*

    AND

MAYKEEL S. GEORGES,

    *Claimant*.

**FINAL JUDGMENT AND ORDER OF FORFEITURE**

This matter is before the Court on the Settlement Agreement and Release between Plaintiff United States of America and Claimant Maykeel S. Georges and Partial Default Judgment as to Defendant $10,000.00 in U. S. Currency. The Court, having reviewed the agreement and other material matters on file, and being fully advised in the premises, finds that this action is ripe for final disposition.

WHEREAS, the United States and Claimant Maykeel S. Georges filed a settlement agreement and release. (Doc. 63).

WHEREAS, the Court entered Partial Default Judgment as to the Defendant $10,000 in U.S. Currency. (Doc. 66).

WHEREAS, no further claims or parties remain for adjudication.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. All rights, title, and interest in the Defendant $10,000.00 in U.S. Currency are forfeited to the United States and title thereto is vested in the United States.

2. The United States will return $150,000.00 of Defendant $426,590.00 in U.S. Currency to Claimant Maykeel S. Georges.

3. All rights, title, and interest in $276,590.00 of the Defendant $426,590.00 in U.S. Currency are forfeited to the United States and title thereto is vested in the United States.

4. The parties will bear their own costs and attorney fees in this case.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| */s/   Electronically approved 6/1/22*<br>SARAH M. DAVENPORT<br>STEPHEN R. KOTZ<br>Assistant U.S. Attorneys<br>200 North Church Street<br>Las Cruces, NM 88001<br>(575) 522-2304 | */s/   Electronically approved 5/31/22*<br>C.J. McElhinney, ESQ.<br>Attorney for Claimant Maykeel S. Georges<br>1140 E. Idaho Ave<br>Las Cruces, NM 88001<br>(575) 288-1989 |