# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

    v.                                                                                                                    Civ. No. 21-cv-71 SMV/KRS

$426,590.00 IN UNITED STATES CURRENCY,

    AND

$10,000.00 IN UNITED STATES CURRENCY,

    *Defendants-in-rem,*

    AND

MAYKEEL S. GEORGES,

    *Claimant.*

### STIPULATED ORDER WITHDRAWING CLAIMANT'S MOTION TO ENFORCE SETTLEMENT AGREEMENT AND JUDGMENT AND VACATING HEARING SET FOR NOVEMBER 16, 2022

    THIS MATTER comes before the Court upon stipulation of the Parties, the Court having jurisdiction over the Parties and subject matter, the Plaintiff being represented by AUSA Kristopher Jarvis and the Claimant being represented by C. J. McElhinney, Esq. (McElhinney Law Firm LLC), makes the following FINDINGS and ORDERS:

    1.  The Plaintiff successfully transferred the settlement funds to Claimant's attorney's IOLTA trust account on October 18, 2022.

    2.  Claimant hereby withdraws his Motion to Enforce Settlement Agreement and Judgment (Doc. 69).

3. The hearing set for November 16, 2022, at 9:00am is hereby vacated.

IT IS SO ORDERED.

_____
HONORABLE KEVIN SWEAZEA
UNITED STATES MAGISTRATE JUDGE


PREPARED AND SUBMITTED BY:     APPROVED BY:


/s/ C. J. McElhinney                              Email Approval 10/21/22
C. J. McElhinney                                   Kristopher Jarvis
Attorney for the Claimant                    Assistant United States Attorney